**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01382-CR

**JAKALE ERRION CHANDLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81464-2013**

## ORDER

The Court **REINSTATES** the appeal.

On May 19, 2014, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is not in custody; (3) counsel's explanation for the delay in filing appellant's brief is his workload and a family medical emergency; and (4) counsel will file appellant's brief by June 19, 2014.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/      LANA MYERS
         JUSTICE